IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENERAL ELECTRIC CAPITAL
CORPORATION and COLONIAL PACIFIC
LEASING CORPORATION,

    Plaintiffs,

CASE NO. 09-CV-61313-COHN-SELTZER

vs.

GOLD COAST HI-LIFT, INC., FRANK
VILLELLA, and JOSEPH VILLELLA,

    Defendants.
_____/

## AGREED ORDER OF REPLEVIN

THIS CAUSE is before the Court upon the Motion for Order to Show Cause Why Writ of Replevin Should Not Issue (the "Show Cause Motion") [DE-5] and the Order to Show Cause Why Writ of Replevin Should Not Issue and Setting Hearing (the "Show Cause Order") [DE-9]; due and proper notice having been given; General Electric Capital Corporation ("GE Capital"), Colonial Pacific Leasing Corporation ("CPLC"), and Gold Coast Hi-Lift, Inc. ("Gold Coast") having negotiated the merits of the Show Cause Motion and the Show Cause Order, and having come to an agreement related thereto; and there being support in the record of these proceedings to support the following findings:

    A.    On August 24, 2009, GE Capital and CPLC (collectively, the "Plaintiffs") filed the above-captioned proceeding against Gold Coast, Frank Villella, and Joseph Villella, pursuant to which they seek, *inter alia*, to recover possession of certain personal property in the possession and/or control of Gold Coast located in Miami-Dade and Broward County, Florida.

    B.    On or about August 31, 2009, Plaintiffs brought the Motion to Show Cause;

    C.    On or about September 3, 2009, this Court entered the Show Cause Order;

D.  Gold Coast, having reviewed the merits of the Show Cause Motion, agrees to turn over the Equipment listed on Exhibit A attached hereto (collectively, the "Equipment") to Plaintiffs consistent with the terms provided herein.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.  Plaintiffs are entitled to entry of final judgment against Gold Coast, and in favor of Plaintiffs, for immediate possession of the Equipment.

2.  Gold Coast shall, at Gold Coast's sole expense, assemble the Equipment and make it available to Plaintiffs at Gold Coast's principal place of business located at 2910 Stirling Road, Broward County, Hollywood, Florida 33020 (the "Equipment Address"), so that each item of Equipment is at the Equipment Address and ready for retrieval by Plaintiffs, or their agents, on or before 9:00 a.m. on October 5, 2009, provided, however, that Plaintiffs and Gold Coast may modify the requirements contained in this paragraph 2 as to any item of Equipment by mutual written agreement.

3.  That pursuant to §78.067, FLA. STAT., if Gold Coast fails to (i) assemble the Equipment at the Equipment Address; and/or (ii) surrender possession or control of the Equipment to Plaintiffs at any time after October 5, 2009, the Sheriff or Marshall of any County or City where the Equipment is located, upon being served with a copy of this Stipulation and Agreed Order for Writ of Replevin, is hereby directed to seize the Equipment, together with all other property essential and appropriate to the operation of the Equipment, including but not limited to all instruments and accessories attached to and connected with the Equipment, and attachments, and deliver it to Plaintiffs.

4. That if the aforesaid Equipment is not delivered to the Sheriff or Marshall, he or she may break open, enter and search for the Equipment at any location or locations where it may be reasonably believe that the Equipment is located.

5. Pending the actual seizure by the Sheriff or Marshall, and except as otherwise provided in Paragraph 2, *supra*, the aforesaid Equipment shall be restrained and shall not be removed, transferred, sold, pledged, assigned, or otherwise disposed of, or permitted to become subject to a security interest or lien without the express written consent of Plaintiffs.

6. Upon delivery of the Equipment, Plaintiffs are permitted to execute all rights available to them, including the right to sell, lease or otherwise dispose of the Equipment, provided, however, that nothing contained herein shall constitute a representation from Gold Coast as to the existence or priority of any additional liens or encumbrances on the Equipment.

7. Any and all third parties in possession of the Equipment must deliver same to Plaintiffs.

8. Nothing contained herein shall impair or otherwise prejudice Plaintiffs' rights with respect its remaining claims against Defendants including, but not limited to, its counts for replevin of any additional equipment or collateral in which they have a security interest, breach of contract and/or breach of any guaranty.

9. DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 22ND day of September, 2009.

_____
JAMES I. COHN
United States District Judge

AGREED AND STIPULATED TO:

**GENERAL ELECTRIC CAPITAL CORPORATION and COLONIAL PACIFIC LEASING CORPORATION**

By:___MARY ANN HUEY___
    Mary Ann Huey
    Florida Bar No. 274410
    M.A. HUEY, P.A.
    201 Sevilla Avenue
    Suite 302
    Coral Gables, Florida 33134
    Telephone: (305) 446-2215
    Facsimile: (305) 446-3204

*Counsel of Record to General Electric Capital Corporation and Colonial Pacific Leasing Corporation*

**GOLD COAST HI-LIFT, INC.**

By:___GEORGE L. ZINKLER___
    George L. Zinkler
    Florida Bar No. 586986
    ROTHSTEIN ROSENFELT ADLER
    401 East Las Olas Boulevard
    Las Olas City Centre, Suite 1650
    Ft. Lauderdale, Florida 33301
    Telephone: (954) 522-3456
    Facsimile: (954) 527-8663

*Counsel of Record to Gold Coast Hi-Lift, Inc*

## EXHIBIT A

A. **FIRST NOTE COLLATERAL**

| EQUIPMENT TYPE | QUANTITY | SERIAL NOS. |
|---|---|---|
| JLG 2006 1930 ES Scissor | 4 | 0200146201   0200146207<br>0200146203   0200146205 |
| JLG 2006 2030ES Scissor | 8 | 0200149952   0200149925<br>0200149910   0200149930<br>0200149915   0200149933<br>0200149920   0200149945 |
| JLG 2006 2646ES Scissor | 4 | 0200149692   0200149744<br>0200149707   0200149754 |

B. **SECOND NOTE COLLATERAL**

Four 2006 JLG G6-42A turbo handlers with serial nos. 0160020617, 0160020269, 0160020305 and 0160020612

C. **THIRD NOTE COLLATERAL**

Two JLG G9-43A handlers with serial nos. 0160021894 and 0160022078

D. **SCHEDULE NO. 1 COLLATERAL**

Two new Mast Explorer forklifts with serial nos. 4HD7050E and 4HD7052E.

E. **SCHEDULE NO. 2 COLLATERAL**

Twelve JLG 2006 2030ES Scissors with serial nos. 0200158803, 0200158865, 0200158870, 0200159322, 0200159394, 0200166088, 0200164643, 0200164748, 0200164783, 0200164918, 0200164853, and 0200165659.[1]

---

[1] The source documents for these serial numbers are difficult to read. While the serial numbers are believed to be accurate, some inaccuracies may exist.

5

## F. THE THIRD MASTER SECURITY AGREEMENT COLLATERAL

### 1. First Request for Financing

2006 Heli CPYD25 with serial no. A6020
2006 Heli CPYD25 with serial no. A6021
2006 Heli CPYD25 with serial no. A6022
2006 Heli CPYD25 with serial no. A6023
2006 Heli CPYD25 with serial no. A6087
2006 Heli CPYD25 with serial no. A6088
2006 Heli CPYD25 with serial no. A6086

### 2. Second Request for Financing

2006 Heli CPYD25-TY with serial no. A7837
2006 Heli CPYD25-TY with serial no. A7838
2006 Heli CPYD25-TY with serial no. A7839
2006 Heli CPYD25-TY with serial no. A7840
2006 Heli CPYD25-TY with serial no. A7841
2006 Heli CPYD25-TY with serial no. A7842
2006 Heli CPYD25-TY with serial no. A7843
2006 Heli CPYD25-TY with serial no. A7844
2006 Heli CPYD25-TY with serial no. A7845
2006 Heli CPYD25-TY with serial no. A7846
2006 Heli CPYD25-TY with serial no. A7847
2006 Heli CPYD25-TY with serial no. A7906
2006 Heli CPYD25-TY with serial no. A7907
2006 Heli CPYD25-TY with serial no. A7908
2006 Heli CPYD25-TY with serial no. A7909
2006 Heli CPYD25-TY with serial no. A7910

### 3. Third Request for Financing

2007 Heli CPYD25 with serial no. 23025C3733
2007 Heli CPYD25 with serial no. 23025C3734
2007 Heli CPYD25 with serial no. 23025C3833
2007 Heli CPYD25 with serial no. 23025C3834
2007 Heli CPYD25 with serial no. 23025C3835
2007 Heli CPYD25 with serial no. 23025C3836
2007 Heli CPYD25 with serial no. 23025C3837
2007 Heli CPYD25 with serial no. 23025C3838
2007 Heli CPYD25 with serial no. 23025C3839
2007 Heli CPYD25 with serial no. 23025C3840
2007 Heli CPYD25 with serial no. 23025C3841
2007 Heli CPYD25 with serial no. 23025C3842

4.      **Fourth Request for Financing**

2007 Heli CPYD25 with serial no. 23025C3633
2007 Heli CPYD25 with serial no. 23025C3634
2007 Heli CPYD25 with serial no. 23025C3834
2007 Heli CPYD25 with serial no. 23025C3635
2007 Heli CPYD25 with serial no. 23025C3833
2007 Heli CPYD25 with serial no. 23025C3839
2007 Heli CPYD25 with serial no. 23025C3841